Ardell Nelson, Jr.                          From the 47th District Court
  Appellant                                   Of Potter County

v. No. 07-06-00100-CV                       May 25, 2006

Joe Nunn, et al                             Opinion by Justice Campbell
  Appellee

J U D G M E N T

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o